# Order

Michigan Supreme Court
Lansing, Michigan

July 25, 2011

142823

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                              SC: 142823
                              COA: 294140

ROBERT LEE McGHEE,
          Defendant-Appellant.
                              Wayne CC: 08-009654-FH

_____/

       On order of the Court, the application for leave to appeal the February 1, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

t0718

_____
Clerk